UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter 13

     MICHAEL J DOYLE

                             Bankruptcy No. 26-10302-DJB

               Debtor

### TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 01/26/2026.

3.      This Motion to Dismiss has been filed for the following reason(s):

- Noncompliance with the requirement to submit mandatory documents prior to the 341 hearing date.

     WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 06/26/2026                         Respectfully submitted,

                                    */s/ Kenneth E. West, Esq.*

                                    Kenneth E. West, Esq.
                                    Standing Chapter 13 Trusteee
                                    190 N. Independence Mall West
                                    Suite 701
                                    Philadelphia, PA  19106
                                    Telephone: (215) 627-1377