WWR# 042297632

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHAEL J DOYLE<br>Debtor<br><br>CITIZENS BANK N.A.<br>Movant | CASE NO. 26-10302-djb<br>CHAPTER 13<br><br>**Hearing Date: 10/22/2026**<br>**Hearing Time: 11:00 a.m.** |

**MOTION BY CITIZENS BANK N.A. FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(d) AND WAIVER OF 14-DAY STAY UNDER FED. BANKR. RULE 4001(a)(4)**

The Motion of Movant, by its attorney, Milos Gvozdenovic, Esquire, respectfully represents:

1. On 1/26/26, the Debtor filed a voluntary petition commencing a case under Chapter 13, Title 11, United States Code.

2. Movant holds a valid security interest in the form of a open-end mortgage (the “Open-end mortgage”) on a certain real property owned and/or occupied by the Debtor known as 1730 Shepherd Ln. Glen Mills, PA and as more particularly described in the Open-end mortgage. A copy of said open-end mortgage showing the Movant’s interest and executed by the Debtor is attached to this motion as Exhibit “A”.

3. This is an action under 11 U.S.C. Section 362(d) to vacate or modify a stay granted under 11 U.S.C. Section 362(a) to permit foreclosure of the Mortgage and/or Sheriff’s Sale of the subject real property.

4. At the time of the filing of this Motion, the Debtor has defaulted on the payments due under the open-end mortgage for the period from March 7, 2026 through September 7, 2026, and, together with attorney’s fees and court costs, the Debtor owes Movant $5,012.05on account of such defaulted payments.

5. The Debtor’s Payoff balance as of 9/11/26 is $73,236.77.

6. According to the Debtor(s) Chapter 13 Plan, Debtor is to make payments to the Creditor outside the plan.

7. Pursuant to Schedule B of the Debtor’s petition, the real property has a current value of $759,600.00.

8. Movant is entitled to relief pursuant to 11 U.S.C. 362(d) because the Movant is not adequately protected.

WHEREFORE, Movant prays that the stay pursuant to Section 362(a) and 1301 of Title 11 of the United States Code be modified to allow Movant to proceed with foreclosure and/or Sheriff's Sale of the subject real property, that the 14-day stay provided by Fed. Bankr. Rule 4001(a)(4) is waived, and that it have such other relief as is just.

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
5990 West Creek Road, Suite 200
Independence, OH 44131
216-739-5647
mgvozdenovic@weltman.com